**SIMMS·SHOWERS LLP**
INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM
443.290.8704

February 3, 2020

**BY CM/ECF**

Hon. George L. Russell, III
United States District Judge
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21030

      **Re:**    *Laid Off, LLC v. M/Y LAID OFF (O.N. 972995), et al.*,
            **Civil Action No. 1:20-cv-00158-GLR**

Dear Judge Russell:

      The parties have agreed to extend to and including Friday, February 14th the time for any filings by Liberty Marina LP, including any cross claim against the vessel, any counterclaim against the Plaintiff, any statement of interest, any filing of a claim asserting an ownership or other interest in the property, any claim, answer or other response to the Verified Complaint and respectfully request the Court's approval of this extension.

                                        Respectfully Submitted,

                                        J. Stephen Simms